IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY LANG,<br><br>    Petitioner,<br><br>v.<br><br>GLENN BOOHER, Warden,<br><br>    Respondent. | Case No. CIV-05-138-RAW |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, the Court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 18th day of December, 2007.

**Dated this 18th Day of December 2007.**

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma